```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
                                                    :
                                                    :
                                                    :  13 MD 2481 (KBF)
IN RE ALUMINUM WAREHOUSING           :
ANTITRUST LITIGATION                         :  ORDER
                                                    :
                                                    :
                                                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 28, 2014

KATHERINE B. FORREST, District Judge:

In light of the Court's April 14, 2014 Order concerning the consolidation and termination of certain individual actions in this multidistrict litigation (ECF No. 276), the letters it received in response (ECF Nos. 306, 307), and the discussion at the status conference on April 25, 2014, the Clerk of Court is directed to open three new civil actions according to the following instructions.

The first new action shall contain all of the parties in each of the following eleven actions—13 Civ. 7642, 13 Civ. 8847, 13 Civ. 9095, 14 Civ. 134, 14 Civ. 135, 14 Civ. 176, 14 Civ. 185, 14 Civ. 213, 14 Civ. 214, 14 Civ. 215, and 14 Civ. 1855. The first docket entry in this action shall be the Second Corrected Consolidated Amended Class Action Complaint at ECF No. 271 on the master docket.

The second new action shall contain all of the parties in each of the following seven actions—13 Civ. 6567, 13 Civ. 9062, 13 Civ. 9097, 14 Civ. 159, 14 Civ. 178, 14 Civ. 191, and 14 Civ. 199. The first docket entry in this action shall be the Commercial End Users' Corrected Consolidated Class Action Complaint at ECF No. 242 on the master docket.

The third new action shall contain all of the parties in each of the following two actions—13 Civ. 9222 and 14 Civ. 138.  The first docket entry in this action shall be the Consolidated Amended Class Action Complaint Consumer at ECF No. 227 on the master docket.

Each of these three new actions shall be made member and related cases in this multidistrict litigation.

Upon the opening of these three new actions, the Clerk of Court is directed to close each of the twenty actions listed above.  The Clerk of Court is also directed to close the following six actions—13 Civ. 5537, 13 Civ. 6689, 13 Civ. 9101, 14 Civ. 205, 14 Civ. 132, and 14 Civ. 216.

SO ORDERED.

Dated:     New York, New York
           April 28, 2014

_____
KATHERINE B. FORREST
United States District Judge